IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVE ALLEN LETH,

      Appellant,

  v.

Case No.  5D22-1671
LT Case No. 2021-CF-586-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

O.H. Eaton, Jr., and William Scott
Westbrook, of Office of Criminal Conflict
& Civil Regional Counsel, Casselberry,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, EISNAUGLE and HARRIS, JJ., concur.